**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jon Jerald HAMMILL, Defendant–Appellant.**

**No. 11–15248**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 7, 2012.

Judy K. Hunt, Robert E. O'Neill, Lynn Riedel, U.S. Attorney's Office, Tampa, FL, Glenn Irwin Chernigoff, U.S. Department of Justice–Criminal Division. Henry Parker Van Dyck, Washington, DC, for Plaintiff–Appellee.

Howard C. Anderson, John Leonard Badalamenti, Rosemary Cakmis, Donna Lee

Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Jon Hammill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hammill's conviction and sentence are **AFFIRMED.**